ALBANY,
October, 1824.

Backus
v.
Smith.

## BACKUS *against* SMITH.

The party against whom a reference is moved, may nominate one of the referees, instead of any one named in the notice ; but he cannot, by shewing cause, entitle himself to a further nomination.   If a name is rejected for cause, it lies with the mover to nominate a substitute.   So the mover is always entitled to nominate 2 referees.

E. LIVINGSTON, moved to refer this cause.

J. *Platt*, contra, read an affidavit, shewing that one of the referees named in the notice of the motion was not indifferent.

ent between the parties ; and then claimed the right allow-
ed the party against whom the motion is made to substitute
one referee, as of course, instead of one named by the mo-
ver, and also to nominate one instead of the referee struck
out for cause.

SAVAGE, Ch. J. The settled practice is otherwise. You
substitute one referee for any one named in the notice ; and
the mover may substitute some other person for the one
against whom cause is shewn. The mover is always enti-
tled to the nomination of two referees.

*Livingston*, then nominated ; and,

*Per totam Curiam*—

Rule accordingly.